**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTOPHER SANTANA** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00176 KGB**

**COMMISSIONER OF**
**SOCIAL SECRUITY AMINISTRATION** **DEFENDANT**

**ORDER**

Before the Court are the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Patricia S. Harris (Dkt. No. 8). No party has filed objections to the Recommendations, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Plaintiff Christopher Santana's case is reversed and remanded to the Commissioner for further administrative proceedings. This is a remand within the meaning of sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991. Judgment will be entered accordingly.

It is so ordered this 11th day of September, 2026.

Kristine G. Baker
Chief United States District Judge